# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| GRACE SALAKO SMITH FOR ESTATE OF WILLIE E. SMITH (DECEASED) | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:26-CV-1802-S-BN |
| v. | § | |
| | § | |
| SELECT PORTFOLIO SERVICES | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court, on its own motion, therefore **REMANDS** this lawsuit to County Court at Law No. 1, Dallas County, Texas, because it has not been shown that there was federal subject matter jurisdiction at the time of removal.

**SO ORDERED.**

SIGNED August 17, 2026.

**UNITED STATES DISTRICT JUDGE**